The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROCKIME DAVIS and MYHANG LE,

    Plaintiffs,

  v.

THEO CHOCOLATE, INC., a Washington company,

    Defendant.

NO. 2:23-cv-01096-JHC

**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

**NOTE ON MOTION CALENDAR: September 8, 2023**

   Consistent with Local Civil Rules 7(j) and 10(g), Plaintiffs Rockime Davis and MyHang Le, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Theo Chocolate, Inc. ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiffs' Class Action Complaint. In support of their Motion, the Parties agree as follows:

   1.  Plaintiffs filed their Class Action Complaint on July 20, 2023. ECF No. 1.

   2.  The Parties have agreed to discuss the possibility of an early resolution of this action, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT- 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    3.    The Parties agree that it would be beneficial to extend the time for Defendant to

2 answer, move, or otherwise respond to Plaintiffs' Class Action Complaint while these

3 discussions are ongoing.

4    4.    As such, in light of the above and subject to Court approval, the Parties stipulate

5 and agree that Defendant shall have an extension of time up to and including November 1,

6 2023 to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint.

7    IT IS SO STIPULATED.

8    DATED this 8th day of September, 2023.

9

10 **TOUSLEY BRAIN STEPHENS PLLC**

    By: s/*Kim D. Stephens, P.S.*
11        Kim D. Stephens, P.S., WSBA #11984
    By: s/*Kaleigh N. Boyd*
12        Kaleigh N. Boyd, WSBA #52684
        kstephens@tousley.com
13        kboyd@tousley.com
        1200 Fifth Avenue, Suite 1700
14        Seattle, Washington 98101
        Telephone: 206.682.5600
15        Fax: 206.682.2992

16 **FITZGERALD JOSEPH LLP**

17        Jack Fitzgerald *(Pro Hac Vice)*
        jack@fitzgeraldjoseph.com
18        Trevor M. Flynn *(Pro Hac Vice)*
        trevor@fitzgeraldjoseph.com
19        2341 Jefferson Street, Suite 200
        San Diego, California 92110
20        Phone: (619) 215-1741

21 *Attorneys for Plaintiffs*

22

23

24

25

26

**GORDON REES SCULLY MANSUKHANI, LLP**

By: s/*Mark B. Tuvim*
    Mark B Tuvim, WSBA #31909
    mtuvim@grsm.com

    Gordon Rees Scully Mansukhani, LLP
    701 Fifth Avenue, Suite 1200
    Seattle, WA 98104
    mtuvim@grsm.com
    Phone: (206) 695-5100
    Fax: (206) 689-2822

*Attorneys for Defendant Theo Chocolate, Inc.*

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT- 2

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Pursuant to the Parties' Stipulated Motion, it is so ORDERED. Defendant shall answer, move, or otherwise respond to Plaintiffs' Class Action Complaint on or before November 1, 2023.

Dated this 11th day of September, 2023.

_____
HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT- 3