The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROCKIME DAVIS and MYHANG LE,

Plaintiffs,

v.

THEO CHOCOLATE, INC., a Washington company,

Defendant.

NO. 2:23-cv-01096-JHC

**STIPULATED MOTION AND ORDER EXTENDING INITIAL SCHEDULING DEADLINES**

**NOTE ON MOTION CALENDAR: September 25, 2023**

Consistent with Local Civil Rules 7(j) and 10(g), Plaintiffs Rockime Davis and MyHang Le, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Theo Chocolate, Inc. ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for the Parties to conduct their 26(f) conference, exchange initial disclosures, and submit their joint status report and discovery plan. In support of their Motion, the Parties agree as follows:

1.      Plaintiffs filed their Class Action Complaint on July 20, 2023. ECF No. 1.

2.      The Parties have agreed to discuss the possibility of an early resolution of this action, including the exchange of information to allow the Parties to evaluate the strengths and weaknesses of Plaintiffs' claims and Defendant's defenses.

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DEADLINES - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1      3.      On September 11, 2023, the Court granted the Parties' Stipulated Motion to

2   extend Defendant's deadline to respond to the Complaint. *See* Dkt. # 9.

3      4.      The same day, on September 11, 2023, the Court entered its Order Regarding

4   Initial Disclosures, Joint Status Report, and Early Settlement.

5      5.      The Parties agree that it would be beneficial to extend the time for the Parties to

6   conduct their 26(f) conference, exchange initial disclosures, and submit their joint status report

7   and discovery plan, and further agree that it would be most efficient to set those deadlines for a

8   time after Defendant files its answer, motion, or other response to Plaintiffs' Class Action

9   Complaint ("Defendant's Response").

10      6.      As such, in light of the above and subject to Court approval, the Parties stipulate

11   and agree that the deadlines for their 26(f) conference, initial disclosures, and joint status report

12   and discovery plan should be as follows:

13          a.   Deadline for 26(f) conference: Two weeks after Defendant's Response is filed;

14          b.   Initial Disclosures Pursuant to FRCP 26(a)(1): Three weeks after Defendant's

15              Response is filed;

16          c.   Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f)

17              and Local Civil Rule 26(f):    Four weeks after Defendant's Response is filed.

18      IT IS SO STIPULATED.

19      DATED this 25th day of September, 2023.

20   **TOUSLEY BRAIN STEPHENS PLLC**          **GORDON REES SCULLY**
                                              **MANSUKHANI, LLP**
21    By: s/ Kim D. Stephens, P.S.
         Kim D. Stephens, P.S., WSBA #11984   By: s/ Mark B. Tuvim
22    By:s/ Kaleigh N. Boyd                        Mark B Tuvim, WSBA #31909
         Kaleigh N. Boyd, WSBA #52684             mtuvim@grsm.com
23       kstephens@tousley.com                    701 Fifth Avenue, Suite 1200
         kboyd@tousley.com                        Seattle, WA 98104
24       1200 Fifth Avenue, Suite 1700            mtuvim@grsm.com
         Seattle, Washington 98101               Phone: (206) 695-5100
25       Telephone: 206.682.5600                  Fax: (206) 689-2822
         Fax: 206.682.2992
26                                            *Attorneys for Defendant Theo*
                                              *Chocolate, Inc.*

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DEADLINES - 2

1

**FITZGERALD JOSEPH LLP**

2
Jack Fitzgerald *(Pro Hac Vice)*
jack@fitzgeraldjoseph.com
3
Trevor M. Flynn (*Pro Hac Vice*)
trevor@fitzgeraldjoseph.com
4
2341 Jefferson Street, Suite 200
San Diego, California 92110
5
Phone: (619) 215-1741

6
*Attorneys for Plaintiffs*

7

8

9
                                         **ORDER**

10
        Pursuant to the Parties' Stipulated Motion, it is so ORDERED. The Court's initial

11
scheduling dates are modified as follows. All other matters in the Court's Order Regarding

12
Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 10, remain unchanged.

13
            a.   Deadline for 26(f) conference: Two weeks after Defendant's Response is filed;

14
            b.   Initial Disclosures Pursuant to FRCP 26(a)(1): Three weeks after Defendant's

15
                 Response is filed;

16
            c.   Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f)

17
                 and Local Civil Rule 26(f):    Four weeks after Defendant's Response is filed.

18
        Dated this 26th day of September, 2023.

19

20
                                                    _____
                                                    HONORABLE JOHN H. CHUN
21
                                                    United States District Judge

22

23

24

25

26

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DEADLINES - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992