1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROCKIME DAVIS and MYHANG LE,

              Plaintiffs,

    v.

THEO CHOCOLATE, INC., a Washington
company,

              Defendant.

NO. 2:23-cv-01096-JHC

**ORDER GRANTING DEFENDANT
THEO CHOCOLATE, INC.'S
MOTION TO TRANSFER VENUE**

This matter comes before the Court on Defendant Theo Chocolate, Inc.'s Motion to Transfer Venue or Stay Pursuant to First-to-File Rule or, in the Alternative, Pursuant to 28 U.S.C. § 1404(a). Dkt. # 15. The Court has reviewed the materials filed in support of and in opposition to the motions, pertinent portions of the record, and the applicable law. For the reasons argued by Defendant, the Court GRANTS the motion and TRANSFERS this case to the Northern District of California – Oakland Division. The Court DIRECTS the Clerk to notify the Clerk of Court in that district, and to close the file in this matter.

      Dated: December 15, 2023.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE